THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 Charleston
 County Department of Social Services, Respondent,
 v.
 Sheila B. John
 D. B. and R.B., a child, born 05/07/1989 and A.B., a child, born 02/20/1995,
 Defendants, Of Whom John D. B. is the Appellant.
 
 
 

Appeal From Charleston County
 Aphrodite K. Konduros, Family Court Judge
Unpublished Opinion No. 2008-UP-248
Submitted May 1, 2008  Filed May 2, 2008
AFFIRMED

 
 
 
 Adrianne M. Belton and John C. Hawk, IV, both of Charleston. 
 
 Frampton Durban, Jr., of North Charleston, for Respondent.
 James Craig Murray, of Myrtle Beach, for Guardian Ad Litem.
 
 
 

PER CURIAM: This appeal arises from the termination of parental
 rights of John B.  After a thorough review of the record pursuant to Ex
 Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
ANDERSON,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.